# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ROGER GARDNER,<br>Plaintiff | Case No. 1:11-cv-138<br>Litkovitz, M.J. |
| vs | |
| DANIEL O'MALLEY,<br>Defendant | **ORDER** |

This matter is before the Court on the parties' joint motion to stay discovery schedule to permit mediation. (Doc. 12). For good cause shown, the motion is **GRANTED**.

The parties are to contact the chambers of Magistrate Judge Stephanie K. Bowman no later than February 6, 2012 to schedule a mediation. Within seven (7) days of the conclusion of the mediation, the parties shall file a joint status report with the undersigned magistrate judge.

**IT IS SO ORDERED.**

Date: 1/31/12

Karen L. Litkovitz
United States Magistrate Judge